**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01949-LTB-BNB

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED TO POLICY NO. 759/JC098010P,

    Plaintiffs,

v.

THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation,

    Defendant.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Voluntary Stipulation for Dismissal With Prejudice of All Claims (Doc 8 - filed September 21, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   September 26, 2011